DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
139 W. El Portal Dr.; Suite D
Merced, CA  95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
TANNER HERNANDEZ-FIELDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00221-DAD |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| TANNER HERNANDEZ-FIELDS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the hearing for defendant's change of plea in the above-captioned matter now set for October 25, 2021 may be continued to November 15, 2021 at 10:00 a.m.

Certain issues have developed regarding the proposed plea agreement between the Government and the Defendant. Counsel needs an opportunity to discuss these issues with his client. A change of plea is likely, but it is unclear at this juncture whether the plea will be pursuant to a negotiated agreement between the parties or will simply be an open plea to the court.

The defense asks that time remain excluded until November 15 for purposes of defense preparation.

IT IS SO SIPULATED:

          PHILLIP A. TALBERT
          United States Attorney

DATED: 10/21/21          /s/ Laura Withers
          LAURA WITHERS
          Assistant United States Attorney
          Attorney for Plaintiff


DATED: 10/21/21          /s/ Douglas Foster
          DOUGLAS C. FOSTER
          Law Offices of Douglas C. Foster
          Attorney for Defendant
          TANNER HERNANDEZ-FIELDS


**ORDER**

    IT IS SO ORDERED that the change of plea hearing in the above-captioned case shall be continued to November 15, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **October 21, 2021**                                          Dale A. Drozd
                                                          UNITED STATES DISTRICT JUDGE