1  DOUGLAS C. FOSTER, CA #205674
   Law Offices of Douglas C. Foster
2  139 W. El Portal Dr.; Suite D
   Merced, CA  95348
3  Telephone: (209) 691-7280
   Fax: (209) 691-7290
4
   Attorney for Defendant
5  TANNER HERNANDEZ-FIELDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00221-DAD |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| TANNER HERNANDEZ-FIELDS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status hearing in the above-captioned matter now set for February 22, 2022 may be continued to May 9, 2022 at 9:00 a.m.

The defense has retained and expert to assist with issues related to sentencing. That expert has not yet completed her work. She is seeking additional medical information from defendant's adopted family. Her interview of the defendant is complete.

Counsel for the government and the assigned USPO have no objection to the requested date. As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

IT IS SO SIPULATED:

                                      PHILLIP A. TALBERT
                                      United States Attorney

DATED: 10/21/21                        /s/ Laura Withers_____
                                      LAURA WITHERS
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


DATED: 10/21/21                        /s/ Douglas Foster_____
                                      DOUGLAS C. FOSTER
                                      Law Offices of Douglas C. Foster
                                      Attorney for Defendant
                                      TANNER HERNANDEZ-FIELDS


## **ORDER**

IT IS SO ORDERED that the sentencing hearing in the above-captioned case shall be continued to May 9, 2022 at 8:30 a.m.

IT IS SO ORDERED.

Dated:  **February 14, 2022**                     _Dale A. Drozd_
                                                     UNITED STATES DISTRICT JUDGE