PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00221-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | PROPOSED DATE: September 26, 2022 |
| TANNER JOEL HERNANDEZ-FIELDS, | TIME: 9:00 am<br>COURT: Hon. Dale A. Drozd |
| Defendant. | |

This case was scheduled for a sentencing hearing on August 22, 2022, but the parties have learned that the court is not available on that date. The parties have agreed to move this hearing to September 26, 2022, at 9:00 am. This is the first date on which the court and the parties are all available.

IT IS SO STIPULATED.

Dated: August 1, 2022  PHILLIP A. TALBERT
United States Attorney

/s/ DAVID L. GAPPA
DAVID L. GAPPA
Assistant United States Attorney

1

| | |
|---|---|
| Dated:  August 1, 2022 | /s/ DOUGLAS FOSTER <br> DOUGLAS FOSTER <br> Counsel for Defendant <br> TANNER JOEL HERNANDEZ-FIELDS |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TANNER JOEL HERNANDEZ-FIELDS,<br><br>　　　　　　Defendant. | CASE NO.  1:20-CR-00221-DAD-BAM<br><br>　FINDINGS AND ORDER<br><br>PROPOSED DATE: September 26, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**FINDINGS AND ORDER**

The Court has reviewed and considered the stipulation filed by the parties on August 1, 2022, and also reviewed the record of this case.  For the reasons stated in the stipulation the sentencing hearing will be rescheduled to September 26, 2022, at 9:00 a.m. before the then-assigned district judge.

IT IS SO ORDERED.

Dated:   **August 2, 2022**　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3