1   DOUGLAS C. FOSTER, CA #205674
    Law Offices of Douglas C. Foster
2   139 W. El Portal Dr.; Suite D
    Merced, CA  95348
3   Telephone: (209) 691-7280
    Fax: (209) 691-7290
4
    Attorney for Defendant
5   TANNER HERNANDEZ-FIELDS

6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,            Case No. 1:20-cr-00221-DAD

11              Plaintiff,
                                         STIPULATION AND
12  vs.                                  ORDER TO RE-SET DEADLINES FOR
                                         OBJECTIONS.
13  TANNER HERNANDEZ-FIELDS,

14              Defendant.

15

16

17        IT IS HEREBY STIPULATED by and between the parties hereto, through their

18  respective counsel, that in light of the new sentencing deadline of September 26, 2022, that the

19  deadline for filing objections be reopened, and new dates set as follows:

20          8/29/2022:    Informal objections due.
            9/6/2022:     Final Revised PSR filed with the Court and parties.
21          9/12/2022:    Formal objections filed with the Court.
            9/26/2022:    Sentencing.
22

23        Counsel for the government and the assigned USPO have no objection to the reopening

24  the informal objections process or to the proposed schedule.

25

26

27

28

1   IT IS SO SIPULATED:

2                                                    PHILLIP A. TALBERT
                                                     United States Attorney
3

4
    DATED: 8/9/22                                    /s/ David Gappa_____
5                                                    DAVID GAPPA
                                                     Assistant United States Attorney
6                                                    Attorney for Plaintiff

7

8

9   DATED: 8/9/22                                    /s/ Douglas Foster_____
                                                     DOUGLAS C. FOSTER
10                                                   Law Offices of Douglas C. Foster
                                                     Attorney for Defendant
11                                                   TANNER HERNANDEZ-FIELDS

12

13

14                                **ORDER**

15
            Pursuant to the stipulation of the parties, the deadlines for the filing of objections shall be
16
    reopened and the schedule for filing be reset as follows:
17

18              8/29/2022:   Informal objections due.
                9/6/2022:    Final Revised PSR filed with the Court and parties.
19              9/12/2022:   Formal objections filed with the Court.
                9/26/2022:   Sentencing.
20

21  IT IS SO ORDERED.

22      Dated:   **August 9, 2022**      _____
                                                     UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28