1  DOUGLAS C. FOSTER, CA #205674
   Law Offices of Douglas C. Foster
2  139 W. El Portal Dr.; Suite D
   Merced, CA  95348
3  Telephone: (209) 691-7280
   Fax: (209) 691-7290
4
   Attorney for Defendant
5  TANNER HERNANDEZ-FIELDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TANNER HERNANDEZ-FIELDS,<br><br>Defendant. | Case No. 1:20-cr-00221-DAD<br><br>STIPULATION AND PROPOSED ORDER TO CONTINUE CHANGE OF PLEA HEARING |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status hearing in the above-captioned matter now set for February 22, 2022 may be continued to May 6, 2022 at 9:00 a.m.

   The defense has retained and expert to assist with issues related to sentencing. That expert has not yet completed her work. She is seeking additional medical information from defendant's adopted family. Her interview of the defendant is complete.

   Counsel for the government and the assigned USPO have no objection to the requested date. As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

IT IS SO SIPULATED:

                PHILLIP A. TALBERT
                United States Attorney

DATED: 10/21/21              /s/ Laura Withers
                LAURA WITHERS
                Assistant United States Attorney
                Attorney for Plaintiff

DATED: 10/21/21              /s/ Douglas Foster
                DOUGLAS C. FOSTER
                Law Offices of Douglas C. Foster
                Attorney for Defendant
                TANNER HERNANDEZ-FIELDS

## ORDER

    IT IS SO ORDERED that the sentencing hearing in the above-encaptioned case shall be continued to May 6, 2022 at 9:00 a.m.

DATED:

                _____
                HON. DALE A. DROZD
                United States District Court Judge

USA v. Hernandez-Fields – Stipulation and Order