IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-CR-00221-ADA |
|---|---|
| Plaintiff, | |
| vs. | |
| TANNER JOEL HERNANDEZ-FIELDS, | ORDER GRANTING REQUEST TO SEAL DOCUMENTS |
| Defendant. | |

The Court hereby finds that good cause exists and ORDERS that Defendant Tanner Hernandez-Fields' request to seal is GRANTED.

The Clerk of the Court shall file under seal the following documents pursuant to Federal Rules of Criminal Procedure, Rule 16(d) and 49.1(d) and (e) and Local Rule 141:

1. Defendant Hernandez-Fields sentencing memorandum (Document #57); and

2. Exhibit A to Defendant's sentencing memorandum.

IT IS SO ORDERED.

Dated:   September 17, 2022

_____
UNITED STATES DISTRICT JUDGE