DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
139 W. El Portal Dr.; Suite D
Merced, CA  95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
TANNER HERNANDEZ-FIELDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TANNER HERNANDEZ-FIELDS,<br><br>Defendant. | Case No. 1:20-cr-00221-ADA<br><br>STIPULATION AND<br>ORDER TO CONTINUE CHANGE OF PLEA HEARING |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status hearing in the above-captioned matter now set for November 7, 2022, may be continued to January 17, 2023, at 8:30 am for an in-person sentencing.

According to information provided by the Marshal's service, the defendant's pod at the Fresno County Jail has been placed on quarantine once again. As a result of this quarantine status, and due to counsel's participation in an ongoing trial in the Fresno County Superior Court, defense counsel will be unable to meet with his client in advance of the hearing.

Counsel for the government and the assigned USPO have no objection to the requested date. As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

IT IS SO SIPULATED:

        PHILLIP A. TALBERT
        United States Attorney

DATED: 11/6/2022        /s/ David Gappa
        DAVID GAPPA
        Assistant United States Attorney
        Attorney for Plaintiff

DATED: 11/6/2022        /s/ Douglas Foster
        DOUGLAS C. FOSTER
        Law Offices of Douglas C. Foster
        Attorney for Defendant
        TANNER HERNANDEZ-FIELDS

## **ORDER**

IT IS SO ORDERED that the sentencing hearing in the above-referenced case shall be continued to January 17, 2023, at 8:30 am for an in-person sentencing.

IT IS SO ORDERED.

  Dated:   November 6, 2022

                                UNITED STATES DISTRICT JUDGE

USA v. Hernandez-Fields – Stipulation and Order