PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>         v.<br><br>TANNER JOEL HERNANDEZ-FIELDS,<br><br>                     Defendant. | CASE NO. 1:20- CR-00221-ADA-BAM<br><br>FINAL ORDER OF FORFEITURE |

On or about November 17, 2021, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Tanner Joel Hernandez-Fields in the following property:

    a. Apple iPhone 6 Model A1549, seized from defendant by law enforcement on February 27, 2020; and,

    b. Any additional thumb drives, SD cards, compact discs, cell phones, hard drives, or other electronic storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from the defendant by law enforcement on or about February 27, 2020.

Beginning on November 19, 2021, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right

to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), to be disposed of according to law, including all right, title, and interest of Tanner Joel Hernandez-Fields.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. U.S. Customs and Border Protection or Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   February 17, 2023            _____
                                      UNITED STATES DISTRICT JUDGE